UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN JAMIOLKOWSKI, | No. C 05-00053 MJJ (WDB) |
| Plaintiff, | |
| | ORDER FOLLOWING RECEIPT OF PLAINTIFF'S COUNSEL'S JANUARY 31, 2006, CORRESPONDENCE |
| v. | |
| KRUEGER INTERNATIONAL, RICHARD J. RESCH, | |
| Defendants. | |

The Court has received and reviewed plaintiff's counsel's correspondence, dated January 31, 2006, regarding an additional discovery dispute that has recently arisen between the parties. The Court hereby GRANTS the parties' stipulated request to have this matter heard on shortened time.

**By the close of business on Friday, February 3, 2006**, defense counsel must file an opposition to plaintiff's correspondence (which the Court interprets as a 'letter motion'). **By Tuesday, February 7, 2006**, **at noon,** plaintiff's counsel must file a reply. The Court will thereafter decide whether it is necessary to conduct a hearing, or whether it will rule on this matter on the papers.

IT IS SO ORDERED.

Dated: 1/31/06                                /s/ Wayne D. Brazil
                                              WAYNE D. BRAZIL
                                              United States Magistrate Judge

Copies to:  All parties, WDB, Stats, MJJ

1