UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN JAMIOLKOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>KRUEGER INTERNATIONAL,<br>RICHARD J. RESCH,<br><br>Defendants.<br>_____/ | No. C 05-00053 MJJ (WDB)<br><br>ORDER GRANTING IN PART DEFENDANTS' MOTION FOR PROTECTIVE ORDER |

Because defendants have stipulated that they will not introduce (or attempt to introduce) into evidence the fact, content, or timing of either Ms. Legato's settlement with KI or her earlier dismissal of Mr. Resch from her lawsuit[1], the Court hereby GRANTS defendants' motion for a protective order prohibiting the deposition of Mr. Katz and PRECLUDES plaintiff's counsel from asking Ms. Legato questions regarding the settlement (and dismissal of Mr. Resch) at her deposition.

IT IS SO ORDERED.

Dated: February 6, 2006

/s/ Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to: All parties, WDB, Stats, MJJ

---

[1] Defendants made this stipulation upon certain conditions to which plaintiff has agreed, see defense counsel's correspondence, dated February 2, 2006.

1