R. SCOTT ERLEWINE (State Bar No. 095106)
PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center, Suite 2350
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Plaintiff KAREN JAMIOLKOWSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN JAMIOLKOWSKI,<br><br>           Plaintiff,<br><br>v.<br><br>KRUEGER INTERNATIONAL, INC., a Wisconsin corporation; RICHARD J. RESCH, an individual; and DOES 1 through 20, inclusive,<br><br>           Defendants. | CASE NO. C 05 00053 MJJ<br>Granted<br>**STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO FILE AND SERVE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>Date:      February 28, 2006<br>Time:     9:30 a.m.<br>Courtroom:  11<br>The Honorable Martin J. Jenkins.<br><br>Trial Date:   April 24, 2006 |

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO OPPOSE MSJ- USDC Case No. C 05 00053 MJJ
S:\Clients\Jamiolkowski\8235.1\Pld\scm-exparte-stipulation-extend-time-020706

The parties to this action, by and through their respective counsel, hereby stipulate that plaintiff KAREN JAMIOLKOWSKI may have two (2) additional days, to and including February 9, 2006, in which to file and serve her opposition to defendants' Motion for Summary Judgment or Partial Summary Judgment. The briefing schedule and hearing date for defendants' Motion shall otherwise be unchanged.

DATED: February 7, 2006

PHILLIPS, ERLEWINE & GIVEN LLP

By: _____
R. Scott Erlewine
Attorneys for Plaintiff KAREN JAMIOLKOWSKI

DATED: February 7, 2006

JACKSON LEWIS, LLP

By: _____
Mitchell F. Boomer
Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated: 2/9/2006

_____
Hon. Martin J. Jenkins