**FILED**
MAR 16 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN JAMIOLKOWSKI,

           Plaintiff,

v.

KRUEGER INTERNATIONAL, et al.,

           Defendants.

C-05-0053 MJJ

**ORDER DENYING DEFENDANTS' MOTION TO CONTINUE TRIAL**

Having received, read and considered Defendants' Motion to Continue Trial, IT IS HEREBY ORDERED that defendants' motion is denied. Trial in this matter is scheduled to commence on April 24, 2006. The parties are informed that in the event the matter does not commence on April 24, 2006 due to other matters on the Court's calendar, the case will trail from day to day until the matter is called.

**IT IS SO ORDERED.**

Dated: 3/16/2006

                                              MARTIN J. JENKINS
                                              UNITED STATES DISTRICT JUDGE