| | |
|---|---|
| 1 | Mitchell F. Boomer [SBN 121441] |
| | JoAnna L. Brooks [SBN 182986] |
| 2 | JACKSON LEWIS LLP |
| | 199 Fremont Street, 10th Floor |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 394-9400 |
| 4 | Facsimile: (415) 394-9401 |

Attorneys for Defendants
KRUEGER INTERNATIONAL AND
RICHARD J. RESCH

R. Scott Erlewine [SBN 095106]
Jennifer A. Marone [SBN 208858]
PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center, Suite 2350
San Francisco, California 94111
Telephone: (415)398-0900
Facsimile: (415)398-0911

Attorneys for Plaintiff
KAREN JAMIOLKOWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN JAMIOLKOWSKI, | Case No.: C 05 00053 MJJ |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED ORDER] EXTENDING TIME FOR FILING JOINT EXHIBIT LIST AND OBJECTIONS** |
| KRUEGER INTERNATIONAL, RICHARD J. RESCH AND DOES 1 THROUGH 20, inclusive, | |
| Defendants. | Trial: April 24, 2006 |

 WHEREAS the Court's Pretrial Instructions attached to its Pretrial Order dated April 6, 2005, requires the parties to file a list of all exhibits admitted by stipulation and a list of all exhibits as to which objections have been made on March 28, 2006;

 WHEREAS the parties exchanged exhibit lists on March 24, 2006, each containing a

voluminous set of exhibits;

WHEREAS the parties need additional time to meet and confer regarding the exhibits exchanged and to prepare the exhibit list for filing with the Court.

The parties hereby stipulate to the following:

The list of all exhibits admitted by stipulation and a list of all exhibits as to which objections have been made, including a brief notation indicating which party objects and for what reason, shall be filed with the Court on March 29, 2006.

Dated: March 27, 2006     JACKSON LEWIS LLP

By:  /s/ JoAnna L. Brooks
Mitchell F. Boomer
JoAnna L. Brooks

Attorneys for Defendants
KRUEGER INTERNATIONAL AND
RICHARD J. RESCH

Dated: March 27, 2006     PHILLIPS, ERLEWINE & GIVEN, LLP

By:  /s/ R. Scott Erlewine
R. Scott Erlewine

Attorneys for Plaintiff
KAREN JAMIOLKOWSKI

**IT IS SO ORDERED:**

Dated: 3/28/2006     _____
UNITED STATES DISTRICT COURT JUDGE

H:\K\Krueger International\Jamiolkowski, Karen [70110]\Trial\stipulation re joint exhibit list.doc

2
STIPULATION AND [PROPOSED] EXTENDING TIME TO FILE JOINT EXHIBIT LIST AND OBJECTIONS
Case No. C 05 00053 MJJ